DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALICIA ETHER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1202

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 12-11317 CF10A.

Alicia Ether, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and MAY, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***